SCANNED at LSP and Emailed
3-15-23 by UB . 1 pages
date    initials    No.

RECEIVED
MAR 15 2023
Legal Programs Department

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA
DOCKET NUMBER:

MARCH 13, 2023

WESLEY RICKS, 499599
V.
STATE OF LOUISIANA

PETITION UNDER 28 U.S.C. SECTION 2254 FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY

THE APPLICANT, WESLEY RICKS, 499599 IS AN INMATE AT LOUISIANA STATE PENITENTIARY IN ANGOLA, LOUISIANA 70712. APPLICANT FILED ADMINISTRATIVE REMEDY PROCEDURE NUMBER: 2022-795 TO LOUISIANA STATE PENITENTIARY AND DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS AND HE WAS DENIED BETWEEN MARCH 28, 2022 AND FEB 1, 2023. ADDITIONALLY, APPLICANT FILED APPLICATION FOR JUDICIAL REVIEW NUMBER: C-721497 TO THE PARISH OF EAST BATON ROUGE, NINETIETH JUDICIAL DISTRICT COURT AND HE WAS DENIED BETWEEN FEBRUARY 13, 2023 AND MARCH 13, 2023. APPLICANT CONTENDS THAT HE IS ENTITLED TO BE REMOVE FROM DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS BASED UPON THE INDICTMENT IS INVALID ON THE GROUND THAT LA. R.S. 14:93(A)(1)(D)(1) AND LA. R.S. 14:42(A)(4)(D)(2)(a) WERE JOINED IN THE SAME INDICTMENT FILED JANUARY 24, 2013. IN SUPPORT OF THE APPLICANT'S CLAIM THE BILL OF PARTICULARS FILED DECEMBER 26, 2013, IS PRIMA FACIE EVIDENCE. APPLICANT HAS BEEN IN CUSTODY OF THE STATE BETWEEN APRIL 28, 2014 AND MARCH 13, 2023 IN VIOLATION OF LA.C.CR.P. ART 701 THEREFORE HE IS ENTITLED TO BE RELEASE FROM CUSTODY OF THE STATE OF LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS IN THE MATTER. ADDITIONALLY, APPLICANT IS ENTITLED TO VOTE AS A PRETRIAL DETAINEE UNDER FEDERAL AND STATE CONSTITUTIONAL LAWS.

SUBMITTED BY
WR
WESLEY RICKS, 499599
17544 TUNICA TRACE
ANGOLA, LA 70712