UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**WESLEY RICKS (#499599)**

**VERSUS**

**STATE OF LOUISIANA, ET AL.**

**CIVIL ACTION**

**NO. 23-200-JWD-SDJ**

### JUDGMENT

For the written reasons assigned,

**IT IS ORDERED** that this matter is **DISMISSED** for lack of jurisdiction.

Signed in Baton Rouge, Louisiana on June 16, 2023.

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**